**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

KURT KALTREIDER, Ph.D.,       )
                                     )
      Plaintiff,               )
                                     )
v.                                    )      Civil No. 3:12-0450
                                   )      Judge Trauger
S. GUERRY SIMMONS,        )      Magistrate Judge Griffin
                                   )
      Defendant.              )

## <u>O R D E R</u>

On February 6, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 106), to which no timely objections have been filed.  The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion For Summary Judgment (Docket No. 54) is **DENIED**, and this case will go forward to a jury trial with the plaintiff's claims for monetary damages limited to the time period of April 2008 to the present.

It is so **ORDERED**.

ENTER this 26th day of February 2014.

_____
     ALETA A. TRAUGER
     U.S. District Judge