IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KURT KALTREIDER, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0450 |
| | ) | Judge Trauger |
| S. GUERRY SIMMONS, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On February 6, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 106), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion For Summary Judgment (Docket No. 54) is **DENIED**, and this case will go forward to a jury trial with the plaintiff's claims for monetary damages limited to the time period of April 2008 to the present.

It is so **ORDERED**.

ENTER this 26th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge